**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-2222
_____

IN RE:  RAYMOND ROSS,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 2:15-cv-00197)
District Judge:  Honorable Gerald J. Pappert

Before: VANASKIE, KRAUSE, and NYGAARD, Circuit Judges

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on June 6, 2017 in the above entitled case is hereby amended as follows:

1) Mr. Charles J. Hartwell, Esq. shall not be designated as presenting argument before the Court.  At the time of oral argument, Mr. Hartwell addressed to Court declining to present oral argument in light of a settlement between the parties.  As such the designation of "Argued" for Mr. Hartwell has been removed.

2) The firm name of counsel for the appellee was incorrect and contained a misspelling.  It appears that the firm name has changed and "Pykosk" should have been entered as "Pykosh."  The correction has been made to the opinion and the Court's database updated.

An amended opinion shall be issued.  As these corrections are not substantive in nature and do not alter the disposition by the Court, the judgement as filed will not be changed.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:          June 8, 2017